


**John Troy <johntroy@troypllc.com>**

# 1:14-cv-10242-AJN-JCF Li et al v. Ichiro Sushi, Inc. et al Deposition Invoice 1 of 3

1 message

**Troy Law** <troylaw@troypllc.com> Tue, Dec 27, 2016 at 10:29 AM
To: Benjamin B Xue <benjaminxue@xuelaw.com>, "Kevin K. Yam" <kevinyam@xuelaw.com>
Bcc: Troy Law <troylaw@troypllc.com>

Dear Benjamin Xue and Kevin Yam,

Per court order, please make check in the amount of Seven Hundred and Fifteen Dollars ($715) payable to "Troy Law, PLLC" and mail the payment to 41-25 Kissena Blvd, Suite 119, Flushing, NY 11355.

This includes one (1) hour attorneys' fees associated with Defendants' no-show, billed at two hundred and fifty dollars ($250) an hour.

We shall forward the interpreter and court reporting invoices associated with the deposition in two separate emails.

Once the payment is mailed out, please email us. If we do not receive payment within a reasonable time frame, we have no choice but to write to Court.

Very truly yours,
Troy Law
/tt

**TROY LAW**
***Attorneys & Counselors at Law***
Queens: 41-25 Kissena Blvd., Suite 119, Flushing, NY 11355 Tel: (718) 762-1324
Taipei: 11F, No. 372, Linsen N. Rd., Taipei City 10446, Taiwan Tel: +886-2-2571-2572

蔡鴻章律師事務所

*Our firm does not accept paper or fax correspondence, including service and production of documents, which must be sent by e-mail*




**John Troy <johntroy@troypllc.com>**

## 1:14-cv-10242-AJN-JCF Li et al v. Ichiro Sushi, Inc. et al Deposition Invoice 2 of 3

1 message

**Troy Law** <troylaw@troypllc.com> Tue, Dec 27, 2016 at 10:31 AM
To: Benjamin B Xue <benjaminxue@xuelaw.com>, "Kevin K. Yam" <kevinyam@xuelaw.com>

Dear Mr. Xue and Mr. Yam,

This is email 2 of 3 associated with the deposition dated 12/13/2016.

See below for Interpreter's Invoice.

Very truly yours,
Troy Law
/tt

**TROY LAW**
***Attorneys & Counselors at Law***
Queens: 41-25 Kissena Blvd., Suite 119, Flushing, NY 11355 Tel: (718) 762-1324
Taipei: 11F, No. 372, Linsen N. Rd., Taipei City 10446, Taiwan Tel: +886-2-2571-2572
蔡鴻章律師事務所
*Our firm does not accept paper or fax correspondence, including service and production of documents, which must be sent by e-mail*

---------- Forwarded message ----------
From: **jeong lee** <jeong_lee2000@yahoo.com>
Date: Wed, Dec 14, 2016 at 11:39 AM
Subject: Invoice
To: Troy Law <troylaw@troypllc.com>

Dear Tiffany,

How are you? Please see the invoice for yesterday's deposition on 12/13/16 with George .

Invoice

12/13/16 deposition 10am 11 am $ 280

Thank you,

John

发自我的 iPhone




**John Troy <johntroy@troypllc.com>**

# 1:14-cv-10242-AJN-JCF Li et al v. Ichiro Sushi, Inc. et al Deposition Invoice 3 of 3

1 message

**Troy Law** <troylaw@troypllc.com> Tue, Dec 27, 2016 at 10:33 AM
To: Benjamin B Xue <benjaminxue@xuelaw.com>, "Kevin K. Yam" <kevinyam@xuelaw.com>
Bcc: Troy Law <troylaw@troypllc.com>

Dear Mr. Xue and Yam,

This is email 3 of 3 associated with the deposition dated 12/13/2016.

See below for Court Reporter's Invoice.

Very truly yours,
Troy Law
/tt

**TROY LAW**
***Attorneys & Counselors at Law***
Queens: 41-25 Kissena Blvd., Suite 119, Flushing, NY 11355 Tel: (718) 762-1324
Taipei: 11F, No. 372, Linsen N. Rd., Taipei City 10446, Taiwan Tel: +886-2-2571-2572

蔡鴻章律師事務所

*Our firm does not accept paper or fax correspondence, including service and production of documents, which must be sent by e-mail*

---------- Forwarded message ----------
From: **Linda Demaio** <ldemaio@saundersreporting.com>
Date: Thu, Dec 22, 2016 at 10:59 AM
Subject: LI vs ICHIRO RESTAURANT
To: Troy Law Accounting Department <accounting@troypllc.com>

Good morning Tiffany,

Attached our invoice for the statement on the record dated December 13, 2016.

Happy Holidays,

Linda

**SANDY SAUNDERS REPORTING**

**Video Documentaries Productions**

**254 South Main Street, Suite 216**

**New City , New York 10956**

**(845) 634-7561 Fax (845) 634-0797**

**WWW.SaundersReporting.com**

This E-Mail message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this e-mail information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents.

---



**INV 51206.pdf**
6K

**SANDY SAUNDERS COURT REPORTING**
**254 SOUTH MAIN STREET, SUITE 216**
**NEW CITY, NEW YORK 10956**
**845-634-7561 800-246-7561 Fx845-634-0797**
**WWW.SAUNDERSREPORTING.COM**

TROY LAW, PLLC
41-25 KISSENA BOULEVARD
SUITE 119
FLUSHING, NY 11355

KIBUM BYON, ESQ.

LI vs ICHIRO RESTAURANT

**INVOICE NO. :** 51206
**INVOICE DATE:** 12/22/2016
**REPORTER:**
MARJZENA HERMANOWSKI

**ID#** 80-0071620

| Date | Description | Amount |
|---|---|---|
| 12/13/2016 | STATEMENT ON THE RECORD<br>IN THE ABOVE MATTER | |
| | TRANSCRIPT, 6 PAGES<br>(MINIMUM) | 185.00 |
| | TRANSCRIPTS EMAIL 12/22/16 | |
| | **Sub Total** | 185.00 |
| | **Paid** | 0.00 |
| | **Balance Due** | 185.00 |

**WE ACCEPT PAYMENT BY VISA, MASTER CARD & DISCOVER**
**TERMS : NET 30 DAYS Late charge of 18% per annum...**
**THANK YOU FOR USING SANDY SAUNDERS......**