UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 0 7 2018

Ji Li, et al.,

            Plaintiffs,

–v–

Ichiro Sushi, Inc., et al.,

            Defendants.

14-cv-10242 (AJN)

MEMORANDUM
OPINION & ORDER

ALISON J. NATHAN, District Judge:

      On October 9, 2017, Defendant New Ichiro Sushi, Inc. ("New Ichiro") filed a motion for partial summary judgment on the issue of successor liability. Dkt. Nos. 176-77. On September 7, 2018, in the related case *Hidalgo v. New Ichiro Sushi, Inc.*, No. 15-CV-414, the Court denied Defendant's motion for summary judgment. The reasoning in that case and its conclusion—that a reasonable jury could find that New Ichiro had actual or constructive notice of FLSA and NYLL violations at Ichiro Sushi, Inc. prior to the sale to New Ichiro—applies with equal force in this case. Accordingly, the Court denies Defendant's motion for summary judgment. This resolves Docket Number 176.

      Within fourteen days of the issuance of this Order, the parties are directed to file a joint status letter and to propose dates for a status conference. The parties should consult Plaintiff in the related case, *Hidalgo v. New Ichiro Sushi, Inc.*, No. 15-CV-414, regarding proposed dates, as Plaintiff in that case will also participate in the status conference. Counsel in this case are also ordered to meet and confer regarding settlement within fourteen days of this Order.

SO ORDERED.

Dated: September ___, 2018
       New York, New York

_____
ALISON J. NATHAN
United States District Judge