## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Ji Li, et al.,

                        Plaintiffs,                   14 **CIVIL** 10242 (AJN)

        -against-                                      **JUDGMENT**

New Ichiro Sushi, et al.,

                        Defendants.

------------------------------------------------------------X

Roberto Hidalgo,

                        Plaintiff,                    15 **CIVIL** 414 (AJN)

        -against-                                      **JUDGMENT**

New Ichiro Sushi, et al.,

                        Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's FINDINGS OF FACT & CONCLUSION OF LAW dated April 30, 2020, the Court concludes that New Ichiro Sushi and Juhang Wang are not liable, under a theory of successor liability, for any potential labor violations of Ichiro Sushi. Plaintiffs Kai Zhao and Jianhui Wu are not entitled to any payments from New Ichiro Sushi or Juhang Wang. Plaintiff Roberto Hidalgo is awarded $1,320.32 in overtime damages, $96 in spread of hours damages, $1,320.32 in liquidated damages, and $300 ($100 plus $200) in statutory damages. The Court awards prejudgment interest at the rate of nine percent (9%) per annum simple interest. The prejudgment interest should be calculated from September 27, 2014, in the amount of $1,531.96 for a total sum of $4,568.60. The Court sanctions the *Ji Li* Plaintiffs' counsel for continuing to press forward with claims against the Westchester Defendants after their counsel, Mr. Xue, made a Rule 50 motion, but it reserves judgment on the amount.

**Dated:**  New York, New York
May 4, 2020

**RUBY J. KRAJICK**
_____
**Clerk of Court**
**BY:** *[signature: David J. Thomas]*
_____
**Deputy Clerk**
