Case 1:14-cv-10242-AJN   Document 291   Filed 08/05/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ji Li, et al.,

                Plaintiffs,

    –v–

Ichiro Sushi, Inc., et al.,

                Defendants.

14-cv-10242 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On July 29, 2020, Defendants Ichiro Asian Fusion and Jian Ping Chen (collectively "Westchester Defendants") filed a letter requesting that the Court approve their proposed amount of $59,254.53 in attorneys' fees, after Plaintiffs failed to timely file their opposition. Dkt. No. 288. On July 30, 2020, the Plaintiffs' counsel responded and moved for an extension of time to object to the amount requested by the Westchester Defendants; Plaintiffs justified their request on the basis of excusable neglect. Dkt. No. 289. On July 31, 2020, the Westchester Defendants opposed Plaintiffs' request for an extension of time and requested leave to pursue additional attorneys' fees in connection to Plaintiffs' appeal. Dkt. No. 290.

      The Court finds that Plaintiffs' counsel's claim that he misread the Order is difficult to countenance. But the Court will nonetheless extend Plaintiffs' time to object to the amount requested by the Westchester Defendants to August 12, 2020. No further requests will be granted, and failure to timely file an objection will result in the Court deeming Defendants' request unopposed. The Westchester Defendants shall file a reply on or before August 19, 2020. This resolves Dkt. No. 289. The Court will reserve judgment on the other issues discussed in the parties' letters.

      SO ORDERED.

Dated: August __5__, 2020
       New York, New York

                                                  ALISON J. NATHAN
                                                United States District Judge